Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Ste. 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VAZQUEZ & RIVERA, INC. | § | CASE NO. 24-30327-mvl |
| | § | Chapter 11 |
| Debtor. | § | |

### DECLARATION OF KEITH CHAUHAN

1. "My name is Keith Chauhan and I am over eighteen (18) years of age. I am the Manager of Vazquez & Rivera, Inc. I have never been convicted of a crime and am fully competent to make this Declaration. I have personal knowledge of the facts stated herein and they are all true and correct to the best of my knowledge.

2. The Debtor has not prepared a Balance Sheet, Statement of Operations or Cash Flow Statement in its normal course of business.

3. The Debtor has not filed any federal income tax returns to date.

4. I declare under penalty of perjury that the statements herein are true and correct.

EXECUTED this 9th day of February, 2024.

_____
Keith Chauhan, President
Vazquez & Rivera, Inc.