**Fill in this information to identify the case:**

Debtor Name: Vazquez & Rivera, Inc.

United States Bankruptcy Court for the: Northern District of Texas

Case number: 24-30327

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: March 2024
Date report filed: 05/02/2024 (MM/DD/YYYY)
Line of business: Restaurant
NAISC code: 7225

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Keith Chatham
Original signature of responsible party: /s/ Keith Chatham
Printed name of responsible party: Keith Chatham

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name  Vazquez & Rivera, Inc.                              Case number  24-30327

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                         $ 10,586.67

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                           $ 103,374.37

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.                                                              − $ 79,486.02

    Report the total from *Exhibit D* here.

22. **Net cash flow**                                                                 + $ 23,888.35

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                                    = $ 34,475.02

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                $ 0.00

    *(Exhibit E)*

Official Form 425C        Monthly Operating Report for Small Business Under Chapter 11        page 2

Debtor Name  Vazquez & Rivera, Inc.    Case number  24-30327

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                                                                                           $ 0.00

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                                       15
27. What is the number of employees as of the date of this monthly report?                                          15

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                     $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ 0.00
30. How much have you paid this month in other professional fees?                                                $ 0.00
31. How much have you paid in total other professional fees since filing the case?                               $ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | – | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $100,000.00 | – | $103,374.37 | = | $3,374.37 |
| 33. Cash disbursements | $80,000.00 | – | $79,486.02 | = | $513.98 |
| 34. Net cash flow | $20,000.00 | – | $23,888.35 | = | $3,888.35 |

35. Total projected cash receipts for the next month:                                       $ 100,000.00
36. Total projected cash disbursements for the next month:                                - $ 80,000.00
37. Total projected net cash flow for the next month:                                     = $ 20,000.00

Debtor Name Vazquez & Rivera, Inc.    Case number 24-30327

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

VAZQUEZ & RIVERA, INC.
DBA RIVIERAS TEX-MEX BAR & GRILL
9625 WEBB CHAPEL RD STE 400
DALLAS, TX 75220-4957

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking
# Preferred Rewards for Bus Gold

for March 1, 2024 to March 31, 2024                             Account number           1656
VAZQUEZ & RIVERA, INC.    DBA RIVIERAS TEX-MEX BAR & GRILL

## Account summary

| | | |
|---|---:|---|
| Beginning balance on March 1, 2024 | $10,586.67 | # of deposits/credits: 51 |
| Deposits and other credits | 103,374.37 | # of withdrawals/debits: 94 |
| Withdrawals and other debits | -47,012.62 | # of items-previous cycle[1]: 40 |
| Checks | -32,443.40 | # of days in cycle: 31 |
| Service fees | -30.00 | Average ledger balance: $39,361.60 |
| **Ending balance on March 31, 2024** | **$34,475.02** | [1]Includes checks paid, deposited items and other debits |



## Important information about payment scams

**We will never...**
- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

SSM-09-23 0692A | 6039180

PULL: E CYCLE: 50 SPEC: E DELIVERY: E TYPE: IMAGE: I BC: TX                                Page 1 of 16

VAZQUEZ & RIVERA, INC.  |  Account  1656  |  March 1, 2024 to March 31, 2024

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

**BANK OF AMERICA** 　　　　　　　　　　　　　　　　　　　　　　**Your checking account**

VAZQUEZ & RIVERA, INC.  |  Account　　　1656  |  March 1, 2024 to March 31, 2024

## Deposits and other credits

| Date | Description | Amount |
|---|---|---:|
| 03/01/24 | MERCH SERV    DES:MERCH DEP  ID:931799980045401  INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 1,828.36 |
| 03/01/24 | MERCH SERV    DES:MERCH DEP  ID:931799980045401  INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 1,605.50 |
| 03/01/24 | MERCH SERV    DES:MERCH DEP  ID:931799980045401  INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 1,581.18 |
| 03/04/24 | WIRE TYPE:WIRE IN DATE: 240304 TIME:1622 ET TRN:2024030400573611 SEQ:3843294064ES/033193 ORIG:CORPAY INC ID:931698810 SND BK:JPMORGAN CHASE BANK, NA ID:021000021 PMT DET:BPL OF 24/03/04 LOA N | 18,000.00 |
| 03/04/24 | MERCH SERV    DES:MERCH DEP  ID:931799980045401  INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 1,908.97 |
| 03/04/24 | MERCH SERV    DES:MERCH DEP  ID:931799980045401  INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 1,570.74 |
| 03/04/24 | MERCH SERV    DES:MERCH DEP  ID:931799980045401  INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 816.17 |
| 03/05/24 | MERCH SERV    DES:MERCH DEP  ID:931799980045401  INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 6,366.54 |
| 03/05/24 | MERCH SERV    DES:MERCH DEP  ID:931799980045401  INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 4,370.33 |
| 03/05/24 | MERCH SERV    DES:MERCH DEP  ID:931799980045401  INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 2,763.27 |
| 03/05/24 | MERCH SERV    DES:MERCH DEP  ID:931799980045401  INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 2,743.42 |
| 03/05/24 | MERCH SERV    DES:MERCH DEP  ID:931799980045401  INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 1,760.99 |
| 03/05/24 | MERCH SERV    DES:MERCH DEP  ID:931799980045401  INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 1,386.07 |
| 03/05/24 | MERCH SERV    DES:MERCH DEP  ID:931799980045401  INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 1,083.16 |
| 03/05/24 | MERCH SERV    DES:MERCH DEP  ID:931799980045401  INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 1,065.79 |

continued on the next page

### Introducing an improved mobile app experience

Managing your accounts with our Mobile Banking app is easy, convenient and secure. And with a new simplified view that arranges your accounts by category, our mobile app makes it easy to help you stay confidently in control of your financial picture — all in one place.

**Download the Mobile Banking app today**
bankofamerica.com/mobilebanking

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

VAZQUEZ & RIVERA, INC.  |  Account  i 1656  |  March 1, 2024 to March 31, 2024

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---:|
| 03/05/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 877.42 |
| 03/05/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 788.15 |
| 03/05/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 631.85 |
| 03/05/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 201.39 |
| 03/05/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 35.86 |
| 03/05/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 17.32 |
| 03/06/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 0.02 |
| 03/06/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 0.02 |
| 03/11/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 3,275.02 |
| 03/12/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 4,498.63 |
| 03/12/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 3,194.83 |
| 03/12/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 2,360.42 |
| 03/12/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 1,635.80 |
| 03/12/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 1,222.33 |
| 03/12/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 692.51 |
| 03/12/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 606.82 |
| 03/18/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 1,667.06 |
| 03/18/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 1,274.06 |
| 03/19/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 4,279.31 |
| 03/19/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 3,707.59 |
| 03/19/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 2,460.09 |
| 03/19/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 2,333.90 |

continued on the next page

**BANK OF AMERICA**  Your checking account

VAZQUEZ & RIVERA, INC.  |  Account # 656  |  March 1, 2024 to March 31, 2024

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 03/19/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 2,155.87 |
| 03/19/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 1,243.95 |
| 03/19/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 866.70 |
| 03/19/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 595.38 |
| 03/19/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 531.62 |
| 03/20/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 558.17 |
| 03/20/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 242.70 |
| 03/26/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 3,968.51 |
| 03/26/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 3,118.23 |
| 03/26/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 2,776.64 |
| 03/26/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 1,175.18 |
| 03/26/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 571.00 |
| 03/26/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 133.62 |
| 03/28/24 | MERCH SERV    DES:MERCH DEP ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | 825.91 |

**Total deposits and other credits**  $103,374.37

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 03/01/24 | TX TLR cash withdrawal from CHK 1656 | -5,000.00 |
| 03/01/24 | MERCH SERV    DES:MERCH CHBK ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | -21.00 |
| 03/04/24 | MERCH SERV    DES:MERCH FEES ID:931799980045401 INDN:RIVIERAS TEX-MEX BAR & CO ID:9204851613 CCD | -69.95 |
| 03/05/24 | TX TLR payment to BkofAm CRD 6331 Banking Ctr WEBB CHAPEL BANKING CENT #0000169 TX Confirmation# 0565189929 | -3,576.39 |
| 03/12/24 | TEXAS MUTUAL    DES:PAYMENT    ID:7777310 INDN:JAIME *VIELMA    CO ID:0000408976 WEB | -1,229.00 |

continued on the next page

VAZQUEZ & RIVERA, INC.  |  Account   1656  |  March 1, 2024 to March 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 03/12/24 | ATMOS ENERGY RCR DES:UTIL PYMT ID:003053414391  INDN:RIVIERA'S TEX-MEX BAR  CO ID:9000000091 WEB | -1,062.71 |
| 03/19/24 | WEBFILE TAX PYMT DES:DD   ID:902/75137826  INDN:33311/12345/EDI/XML -  CO ID:2146000311 CCD | -2,892.67 |
| 03/19/24 | WEBFILE TAX PYMT DES:DD   ID:902/75137793  INDN:33311/12345/EDI/XML -  CO ID:2146000311 CCD | -2,349.20 |
| 03/27/24 | WEBFILE TAX PYMT DES:DD   ID:902/75245065  INDN:33311/12345/EDI/XML -  CO ID:2146000311 CCD | -4,430.61 |
| 03/27/24 | WEBFILE TAX PYMT DES:DD   ID:902/75245063  INDN:33311/12345/EDI/XML -  CO ID:2146000311 CCD | -3,851.43 |
| 03/27/24 | WEBFILE TAX PYMT DES:DD   ID:902/75245062  INDN:33311/12345/EDI/XML -  CO ID:2146000311 CCD | -3,127.83 |
| 03/28/24 | WIRE TYPE:WIRE OUT DATE:240328 TIME:1337 ET TRN:2024032800526998 SERVICE REF:612550 BNF:ROSS, SMITH & BINFORD IOLT ID:910300125 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:JJX YDYC3P | -2,000.00 |

Card account # XXXX XXXX XXXX 1087

| Date | Description | Amount |
|---|---|---|
| 03/01/24 | CHECKCARD  0301 CITY FOOD MART DALLAS    TX CKCD 5541 XXXXXXXXXXXX1087 XXXX XXXX XXXX 1087 | -45.00 |
| 03/01/24 | FAMILY DOLLAR   03/01 #000377600 PURCHASE WEBB ROYAL SHP CT  DALLAS      TX | -31.01 |
| 03/05/24 | FIESTA MART #7  03/05 #000160100 PURCHASE 3460 WEBB CHAPEL   DALLAS      TX | -11.32 |
| 03/05/24 | FIESTA MART #7  03/05 #000222500 PURCHASE 3460 WEBB CHAPEL   DALLAS      TX | -52.10 |
| 03/06/24 | A-Z DOLLAR STO  03/06 #000024016 PURCHASE A-Z DOLLAR STORE   DALLAS      TX | -81.45 |
| 03/07/24 | OFFICE DE 1000  03/07 #000828895 PURCHASE OFFICE DE 1000 W.  IRVING      TX | -78.62 |
| 03/08/24 | CHECKCARD  0308 CITY FOOD MART DALLAS    TX CKCD 5541 XXXXXXXXXXXX1087 XXXX XXXX XXXX 1087 | -50.00 |
| 03/08/24 | OFFICE DE 1000  03/08 #000321479 PURCHASE OFFICE DE 1000 W.  IRVING      TX | -17.54 |
| 03/11/24 | RESTAURANT DEP  03/11 #000387343 PURCHASE RESTAURANT DEPOT   DALLAS      TX | -706.55 |
| 03/13/24 | CHECKCARD  0311 RESTAURANT DEPOT DALLAS    TX 55446414072703003873487 CKCD 5411 XXXXXXXXXXXX1087 XXXX XXXX XXXX 1087 | -28.10 |
| 03/14/24 | EL RIO GRANDE   03/14 #000614200 PURCHASE 11411 HILLGUARD R  DALLAS      TX | -51.14 |
| 03/18/24 | CHECKCARD  0315 TEXACO 0353166 DALLAS    TX 55432864075206166420095 CKCD 5541 XXXXXXXXXXXX1087 XXXX XXXX XXXX 1087 | -50.00 |
| 03/18/24 | EL RANCHO #15   03/17 #000093932 PURCHASE 10020 MARSH LN   DALLAS      TX | -71.47 |
| 03/22/24 | CHECKCARD  0322 CITY FOOD MART DALLAS    TX CKCD 5541 XXXXXXXXXXXX1087 XXXX XXXX XXXX 1087 | -50.00 |
| 03/26/24 | WM SUPERCENTER  03/26 #000281665 PURCHASE Wal-Mart Super Ce  DALLAS      TX | -96.82 |
| 03/28/24 | CHECKCARD  0327 DTV*DIRECTV SERVI 8003473288    CA 55432864087209734212784 RECURRING CKCD 4899 XXXXXXXXXXXX1087 XXXX XXXX XXXX 1087 | -705.67 |
| 03/29/24 | BKOFAMERICA ATM 03/29 #000003389 WITHDRWL WEBB CHAPEL     DALLAS      TX | -100.00 |
| **Subtotal for card account # XXXX XXXX XXXX 1087** | | **-$2,226.79** |

Card account # XXXX XXXX XXXX 5706

| Date | Description | Amount |
|---|---|---|
| 03/04/24 | PURCHASE   0302 FACEBK EQCAYXX682 6505434800   CA | -60.00 |
| 03/04/24 | PURCHASE   0303 FACEBK T5MR7X3LA2 6505434800   CA | -795.32 |
| 03/04/24 | PURCHASE   0303 FACEBK CCHW7X3LA2 6505434800   CA | -1.96 |
| 03/04/24 | WAL SAM'S Club  03/04 #000376217 PURCHASE 8248 WAL-SAMS     DALLAS    TX | -644.12 |
| 03/07/24 | LAKESIDE LIQUO  03/06 #000971507 PURCHASE 2806 W NORTHWEST   DALLAS      TX | -3,000.00 |
| 03/08/24 | CHECKCARD  0307 CITY OF IRVING 9727212281   TX 55429504067713903693543 CKCD 4900 XXXXXXXXXXXX5706 XXXX XXXX XXXX 5706 | -144.43 |

continued on the next page

**BANK OF AMERICA**    Your checking account

VAZQUEZ & RIVERA, INC.  |  Account #  1656  |  March 1, 2024 to March 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 03/14/24 | PURCHASE   0313 FACEBK CN9MHY7LA2 6505434800  CA | -900.00 |
| 03/14/24 | PURCHASE   0314 FACEBK 4HVJYZFZX2 6505434800  CA | -68.56 |
| 03/15/24 | LAKESIDE LIQUO  03/15 #000450316 PURCHASE 2806 W NORTHWEST   DALLAS       TX | -2,000.00 |
| 03/15/24 | WAL SAM'S Club  03/15 #000587748 PURCHASE 8248 WAL-SAMS       DALLAS       TX | -277.00 |
| 03/18/24 | CHECKCARD  0315 LESLIE`S BAKERY DALLAS      TX 85430934077980001327362 CKCD 5462 XXXXXXXXXXXX5706 XXXX XXXX XXXX 5706 | -41.22 |
| 03/18/24 | CHECKCARD  0316 FIESTA MART #73 IRVING      TX 05140484076730265230067 CKCD 5411 XXXXXXXXXXXX5706 XXXX XXXX XXXX 5706 | -32.24 |
| 03/18/24 | CHECKCARD  0317 NETFLIX COM LOS GATOS   CA 00000000000000000610783 RECURRING CKCD 4899 XXXXXXXXXXXX5706 XXXX XXXX XXXX 5706 | -24.89 |
| 03/18/24 | SAMS CLUB #824  03/18 #000347087 PURCHASE SAM'S Club        DALLAS       TX | -237.15 |
| 03/19/24 | CHECKCARD  0317 RACETRAC2337  000 DALLAS      TX 15410194078974695750949 CKCD 5542 XXXXXXXXXXXX5706 XXXX XXXX XXXX 5706 | -65.00 |
| 03/19/24 | AUTOZONE  5790  03/19 #000919973 PURCHASE 3701 NW HWY W      DALLAS       TX | -236.20 |
| 03/21/24 | PURCHASE   0321 FACEBK DKZN5YTLA2 6505434800  CA | -900.00 |
| 03/25/24 | CHECKCARD  0322 LYFT   *1 RIDE 03 8558659553   CA 55500364083400964276381 CKCD 4121 XXXXXXXXXXXX5706 XXXX XXXX XXXX 5706 | -12.91 |
| 03/25/24 | LAKESIDE LIQUO  03/22 #000988284 PURCHASE 2806 W NORTHWEST   DALLAS       TX | -3,000.00 |
| 03/25/24 | FIESTA MART #7  03/22 #000228700 PURCHASE 1145 W AIRPORT     IRVING       TX | -29.43 |
| 03/29/24 | CHECKCARD  0327 IRVING ISD TX TAX 8665392020   TX 75306374088164600102561 CKCD 9311 XXXXXXXXXXXX5706 XXXX XXXX XXXX 5706 | -2,673.92 |
| 03/29/24 | CHECKCARD  0327 IRVING ISD SVC FE 8665392020   TX 75306374088164600102512 CKCD 9311 XXXXXXXXXXXX5706 XXXX XXXX XXXX 5706 | -30.69 |
| **Subtotal for card account # XXXX XXXX XXXX 5706** | | **-$15,175.04** |
| **Total withdrawals and other debits** | | **-$47,012.62** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 03/06/24 |  | -1,030.00 | 03/18/24 | 1423 | -2,297.72 |
| 03/05/24 | 1402 | -1,708.16 | 03/22/24 | 1424 | -1,016.75 |
| 03/04/24 | 1407* | -1,051.00 | 03/20/24 | 1425 | -915.00 |
| 03/11/24 | 1408 | -729.03 | 03/21/24 | 1426 | -520.20 |
| 03/06/24 | 1409 | -1,553.29 | 03/26/24 | 1427 | -215.25 |
| 03/06/24 | 1411* | -512.00 | 03/26/24 | 1428 | -2,425.26 |
| 03/07/24 | 1412 | -622.45 | 03/22/24 | 1429 | -1,354.48 |
| 03/13/24 | 1413 | -1,580.25 | 03/06/24 | 2249* | -1,030.00 |
| 03/12/24 | 1415* | -1,465.65 | 03/06/24 | 2274* | -1,030.00 |
| 03/13/24 | 1418* | -1,105.50 | 03/14/24 | 2350* | -73.22 |
| 03/19/24 | 1419 | -1,343.89 | 03/14/24 | 2351 | -147.76 |
| 03/13/24 | 1420 | -2,069.75 | 03/20/24 | 2354* | -1,030.00 |
| 03/14/24 | 1421 | -433.50 | 03/06/24 | 2355 | -277.05 |
| 03/18/24 | 1422 | -562.85 | 03/14/24 | 2357* | -119.10 |

continued on the next page

VAZQUEZ & RIVERA, INC.  |  Account # 4.    1656  |  March 1, 2024 to March 31, 2024

## Checks - continued

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 03/14/24 | 2358 | -150.25 | 03/21/24 | 2370 | -119.10 |
| 03/15/24 | 2359 | -112.04 | 03/22/24 | 2371 | -119.10 |
| 03/11/24 | 2361* | -1,030.00 | 03/22/24 | 2372 | -296.55 |
| 03/19/24 | 2362 | -119.10 | 03/27/24 | 2373 | -154.10 |
| 03/08/24 | 2364* | -350.00 | 03/27/24 | 2375* | -1,030.00 |
| 03/21/24 | 2365 | -526.39 | 03/22/24 | 2376 | -63.56 |
| 03/27/24 | 2369* | -154.10 | | | |

| | |
|---|---|
| Total checks | -$32,443.40 |
| Total # of checks | 41 |

\* There is a gap in sequential check numbers

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $10.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**
- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 02/29/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓ $250+ in new net purchases on a linked Business debit card has been met
- ✓ $5,000+ combined average monthly balance in linked business accounts has been met
- ✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 03/04/24 | Prfd Rwds for Bus-Wire Fee Waiver of $15 | -0.00 |
| 03/28/24 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$30.00** |

Note your Ending Balance already reflects the subtraction of Service Fees.

# BANK OF AMERICA

## Your checking account

VAZQUEZ & RIVERA, INC.  |  Account  1656  |  March 1, 2024 to March 31, 2024

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 03/01 | 10,504.70 | 03/12 | 50,408.45 | 03/21 | 48,874.39 |
| 03/04 | 30,178.23 | 03/13 | 45,624.85 | 03/22 | 45,973.95 |
| 03/05 | 48,921.82 | 03/14 | 43,681.32 | 03/25 | 42,931.61 |
| 03/06 | 43,408.07 | 03/15 | 41,292.28 | 03/26 | 51,937.46 |
| 03/07 | 39,707.00 | 03/18 | 40,915.86 | 03/27 | 39,189.39 |
| 03/08 | 39,145.03 | 03/19 | 52,084.21 | 03/28 | 37,279.63 |
| 03/11 | 39,954.47 | 03/20 | 50,940.08 | 03/29 | 34,475.02 |

VAZQUEZ & RIVERA, INC.  |  Account #          3 1656  |  March 1, 2024 to March 31, 2024

Page 1 of 16

This page intentionally left blank

VAZQUEZ & RIVERA, INC.  |  Account #          3 1656  |  March 1, 2024 to March 31, 2024

# BANK OF AMERICA

VAZQUEZ & RIVERA, INC.   |   Account #      3 1656   |   March 1, 2024 to March 31, 2024

## Check images

Account number: 1656

| | |
|---|---|
| Amount: $1,030.00 | Check number: 1402   |   Amount: $1,708.16 |
|  |  |
| Check number: 1407   |   Amount: $1,051.00 | Check number: 1408   |   Amount: $729.03 |
|  |  |
| Check number: 1409   |   Amount: $1,553.29 | Check number: 1411   |   Amount: $512.00 |
|  |  |
| Check number: 1412   |   Amount: $622.45 | Check number: 1413   |   Amount: $1,580.25 |
|  |  |
| Check number: 1415   |   Amount: $1,465.65 | Check number: 1418   |   Amount: $1,105.50 |
|  |  |

continued on the next page

# BANK OF AMERICA

VAZQUEZ & RIVERA, INC.  |  Account  1656  |  March 1, 2024 to March 31, 2024

## Check images - continued
**Account number:** 1656

Check number: 1419  |  Amount: $1,343.89

Check number: 1420  |  Amount: $2,069.75



Check number: 1421  |  Amount: $433.50



Check number: 1422  |  Amount: $562.85



Check number: 1423  |  Amount: $2,297.72



Check number: 1424  |  Amount: $1,016.75



Check number: 1425  |  Amount: $915.00



Check number: 1426  |  Amount: $520.20

Check number: 1427  |  Amount: $215.25



Check number: 1428  |  Amount: $2,425.26

continued on the next page

# BANK OF AMERICA

VAZQUEZ & RIVERA, INC.   |   Account   1656   |   March 1, 2024 to March 31, 2024

## Check images - continued
**Account number:** 1656

Check number: 1429   |   Amount: $1,354.48



Check number: 2249   |   Amount: $1,030.00



Check number: 2274   |   Amount: $1,030.00



Check number: 2350   |   Amount: $73.22



Check number: 2351   |   Amount: $147.76



Check number: 2354   |   Amount: $1,030.00



Check number: 2355   |   Amount: $277.05



Check number: 2357   |   Amount: $119.10



Check number: 2358   |   Amount: $150.25



Check number: 2359   |   Amount: $112.04



continued on the next page

# BANK OF AMERICA

VAZQUEZ & RIVERA, INC.  |  Account  1656  |  March 1, 2024 to March 31, 2024

## Check images - continued
Account number  1656

Check number: 2361  |  Amount: $1,030.00



Check number: 2362  |  Amount: $119.10



Check number: 2364  |  Amount: $350.00



Check number: 2365  |  Amount: $526.39



Check number: 2369  |  Amount: $154.10

Check number: 2370  |  Amount: $119.10



Check number: 2371  |  Amount: $119.10



Check number: 2372  |  Amount: $296.55



Check number: 2373  |  Amount: $154.10



Check number: 2375  |  Amount: $1,030.00



continued on the next page

# BANK OF AMERICA

VAZQUEZ & RIVERA, INC.  |  Account    1656  |  March 1, 2024 to March 31, 2024

## Check images - continued

**Account number:** 1656
**Check number:** 2376  |  **Amount:** $63.56



## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Starting May 17, statements sent in the mail will no longer include images of canceled checks – do not worry, you have options.**

Your check images can be viewed online, and copies are available by request. All you need to do is log into Online Banking and select your account from the "Accounts Overview" page.

- Check images (up to 18 months) can be found under the "Activity" and "Statements and Documents" tabs.

- Check copies (up to 7 years) can be ordered from the "Information & Services" tab.

If you are not an Online Banking client, you can enroll at bankofamerica.com or contact us for help.